ORIGINAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the

Southern    District of    New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.    **17 CR 19 (RMB)** |
| | ) |
| **ROHAN RAMCHANDANI** | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____**ROHAN RAMCHANDANI**_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( ☒ ) to appear for court proceedings;

( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or

( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☒ ) (1)  This is a personal recognizance bond.

( ☐ ) (2)  This is an unsecured bond of $ _____ .

( X ) (3)  This is a secured bond of $    **1,000,000 PRB**_____ , secured by:

( ☐ ) (a) $ _____ , in cash deposited with the court.

( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:
**SECURED BY $250,000 CASH**

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

---

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true.  (See 28 U.S.C.§ 1746.)

Date:    **7/17/2017**

*Defendant's signature* **ROHAN RAMCHANDANI**

| | |
|---|---|
| *Surety/property owner — printed name* | *Surety/property owner — signature and date* |
| *Surety/property owner — printed name* | *Surety/property owner — signature and date* |
| *Surety/property owner — printed name* | *Surety/property owner — signature and date* |

*CLERK OF COURT*

Date:    **7/17/2017**

*Signature of Clerk or Deputy Clerk*

Approved.

Date:    **7/17/2017**

*AUSA* **CARRIE A. SYME & JEFFREY D. MARTINO**

AO 199A (Rev. 12/11) Order Setting Conditions of Release                                          Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
### for the

Southern    District of    New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )   Case No.    **17  CR  19  (RMB)** |
| **ROHAN RAMCHANDANI** | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

*Place*

on _____

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 12/11)  Additional Conditions of Release                                                                 Page ___ of ___ Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )   (6)   The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____    Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____
                                    *Custodian*                                                  *Date*

( ☒ )   (7)   The defendant must:
( ☐ )   (a)   submit to supervision by and report for supervision to the   **PRETRIAL SUPERVISION AS DIRECTED** , **BY PTS**
telephone number _____ , no later than _____ .
( ☐ )   (b)   continue or actively seek employment.
( ☐ )   (c)   continue or start an education program.
( X )   (d)   surrender any passport to:   **PSA (& NO NEW APPLICATIONS)**
( X )   (e)   not obtain a passport or other international travel document.
( X )   (f)   abide by the following restrictions on personal association, residence, or travel:   **UNITED KINGDON, IRELAND & US TO VISIT HIS ATTORNEY**

( ☐ )   (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

( ☐ )   (h)   get medical or psychiatric treatment: _____

( ☐ )   (i)   return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ )   (j)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☐ )   (k)   not possess a firearm, destructive device, or other weapon.
( ☐ )   (l)   not use alcohol ( ☐ ) at all ( ☐ ) excessively.
( ☐ )   (m)   not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ☐ )   (n)   submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ☐ )   (o)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( ☐ )   (p)   participate in one of the following location restriction programs and comply with its requirements as directed.
( ☐ ) (i)   **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
( ☐ ) (ii)   **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
( ☐ ) (iii)   **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
( ☐ )   (q)   submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
( ☐ ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

( ☐ )   (r)   report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

## ADDITIONAL CONDITIONS OF RELEASE

( ☒ ) (s) $1,000,000 PRB WITH $250,000 CASH PAID AS SECURITY, AS DIRECTED BY THE COURT; CASH SECURITY MUST BE POSTED BY C.O.B 7/21/17;  DEFT MUST SUBMIT TO SUPERVISION BY AND OBEY ALL DIRECTIVES OF THE U.S. DISTRICT COURT PTS OFFICE FOR THE SDNY; DEFT MAY NOT TRAVEL OUTSIDE THE UNITED KINGDON OTHER THAN TO TRAVEL TO 1) THE U.S. FOR AN APPEARANCES BEFORE THE COURT IN THE ABOVE-REFERENCED CASE AND 2) IRELAND UPON RETURN TO UNITED KINGDON AFTER ANY APPEARANCES BEFORE THE COURT OR TO VISIT IRELAND, DEFT MUST SURRENDER HIS PASSPORT TO HIS ATTORNEY'S LAW FIRM IN THE UNITED KINGDON; DEFT MUST APPEAR PERSONALLY BEFORE THE COURT FOR AN INITIAL APPEARANCE, ARRAIGNMENT, TRIAL , AND AT ANY OTHER TIME AS REQUIRED BY THE COURT; IF CONVICTED DEFT MUST SURRENDER AS DIRECTED BY THE COURT, IF WHILE THE DEFT IS W/IN THE DISTRICT, ANY PERSONALAPPEARNCE BEFORE THE COURT BY THE DEFT IS REQUIRED W/IN 40 DAYS, DEFT MUST MAKE ARRANGEMENTS TO STAY W/IN THE U.S. IN THE INTERIN UNDER THE SUPERVISION OF PTS; DEFT MUST RETURN TO THE DISTRICT AT LEAST 30 DAYS BEFORE TRIAL AND, UPON ARRIVAL, SURRENDER HIS PASSPORT TO PTS; DEFT MUST NOTIFY THE NY OFFICE OF THE ANTITRUST DIVISION OF ANY CHANGE IN HIS RESIDENCE  OR TELEPHONE NUMBER; DEFT MAY NOT MOVE HIS RESIDENCE FROM THE UNITED KINGDON W/OUT PRIOR PERMISSION FROM THE COURT; DEFT MUST NOT VIOLATE ANY FEDERAL, STATE, OR LOCAL LAW; THE U.S. AGREE NOT TO MOVE THE COURT FOR A STAY OF DEFT'S CASE SUCH THAT DEFT'S TRIAL WOULD BE DELAYED INDEFINITELY UNTIL THE FINAL RESOLUTION ON THE MERITS OF ANY REQUEST TO EXTRADITE ONE OR BOTH OF DEFT'S CO-DEFENDANTS FROM THE UNITED KINGDON.  THE ANTITRUST DIVISION MAY MOVE THE COURT FOR A STAY OTHER GROUNDS, INCLUDING TO CONSOLIDATE TRIAL SCHEDULES FOR ANY CO-DEFENDANTS WHO HAS CONSENTED TO APPEAR IN THE U.S. W/OUT EXTRADITION, CONSENTED TO EXTRADITION, OR WAIVED EXTRADITION;  THE U.S. AGREES THAT, AS OF THE DATE OF FINAL AGREEMENT TO THESE TERMS, IT WILL NOT SEEK TO ADD ANY CHARGES OR COUNTS AGAINST DEFT BASED ON THE CONDUCT CURRENTLY ALLEGED IN THE INDICTMENT IN THE CASE REFERENCED ABOVE ("INDICTMENT") OR BASED ON THE FOREIGN EXCHANGE TRADING UNDERTAKEN BY DEFT AT CITICORP; THE U.S. REMAIN FREE TO SEEK ADDITIONAL CHARGES OR A SUPERSEDING INDICTMENT FOR ANY OTHER REASONS, INCLUDING BUT NOT LIMITED TO, TO ADD CHARGES RELATING TO OBSTRUCTIVE CONDUCT IN CONNECTION WITH THE INVESTIGATION OR PROSECUTION OF THE CONDUCT ALLEGED IN THE INDICTMENT, OR TO SUPLEMENT, MODIFY, OR REFINE THE ALLEGATIONS CHARGING THE CONSPIRACY IN VIOLATION OF SECTION 1 OF THE SHERMAN ACT CONTAINED IN THE INDICTMENT

AO 199C  (Rev. 09/08)  Advice of Penalties                                  Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: *Rohan Ramchandani*

17 cr 19 (RMB)

7/17/17

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

**Defendant Released**

_____
*Defendant's Signature*

_____
*City and State*

## Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.

( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____        _____
                                       *Judicial Officer's Signature*

                                       _____
                                       *Printed name and title*

AO 199C  (Rev. 09/08)  Advice of Penalties                                    Page _____ of _____ Pages

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL



**Southern District of New York**

The Bronx
Manhattan
Westchester
Rockland
Dutchess
Orange
Putnam
Sullivan

**Eastern District of New York**

Brooklyn (Kings County)
Queens  (Queens County)
Staten Island (Richmond County)
Long Island (Nassau & Suffolk)

Kingdom. The Antitrust Division may move the Court for a stay on any other grounds, including to consolidate trial schedules for any co-defendant who has consented to appear in the U.S. without extradition, consented to extradition, or waived extradition.

11. The United States agrees that, as of the date of final agreement to these terms, it will not seek to add any charges or counts against Defendant based on the conduct currently alleged in the indictment in the case referenced above ("Indictment") or based on the foreign exchange trading undertaken by the Defendant at Citicorp. The United States remains free to seek additional charges or a superseding indictment for any other reason, including but not limited to, to add charges relating to obstructive conduct in connection with the investigation or prosecution of the conduct alleged in the Indictment, or to supplement, modify, or refine the allegations charging the conspiracy in violation of Section 1 of the Sherman Act contained in the Indictment.

**AGREED:**

**FOR ROHAN RAMCHANDANI:**

Date:    June 28, 2017          By:   _____

Thomas Mueller
WilmerHale LLP
Attorney for Rohan Ramchandani

**FOR THE DEPARTMENT OF JUSTICE, ANTITRUST DIVISION:**

JEFFREY D. MARTINO
Chief, New York Office
Antitrust Division
United States Department of Justice

Date:    6/29/17          By:   _____

Carrie A. Syms, Trial Attorney
David Chu, Trial Attorney
Leah Gould, Trial Attorney
Bryan Serino, Trial Attorney

SO ORDERED:

_____
RICHARD M. BERMAN U.S.D.J.

7/17/17

Generated: Jul 18, 2017 2:38:17 PM

# Collections Information Repository (CIR)
## Fedwire Download Report

## Search Criteria

Business Date Period: 6. Current Calendar Week
ALC:All
ALC Group:Individual ALCs

## Sort Order

Business Date, ALC, Agency Account ID, Voucher Number

## Report Summary

| Total Credit Amount | Total Debit Amount | Total Net Amount | Total Credit Count | Total Debit Count | Total Count of Transactions |
|---|---|---|---|---|---|
| $380,000.00 | $0.00 | $380,000.00 | 2 | 0 | 2 |

## Voucher Summary

| Voucher Number | Voucher Date | Business Date | Voucher Type | Fedwire Count | ALC | Credit Ind | Voucher Amount |
|---|---|---|---|---|---|---|---|
| 670004 | 07/17/2017 | 07/17/2017 | 215 | 2 | 00004654 | Y | $380,000.00 |

## Message Summary:   1707170353101

| Type/Sub-Type | Agency Account ID | Cash Flow ID | Cash Flow Name | Financial Transaction Type | Settlement Date | Credit Ind | Message Amount | Trace Number |
|---|---|---|---|---|---|---|---|---|
| 1000 | 800004654000 | 800004654 000 | SOUTHERN DISTRICT OF NEW YORK | Collection | 07/17/2017 | Y | $250,000.00 | 20170717B1Q8021C028890 |

## Message Details

| Tag Label | Tag Name | Element Name | Element Value |
|---|---|---|---|
| 1100 | MSG-DISPOSITION | FORMAT-VERSION | 30 |
| | | TEST-PRODUCTION-CODE | P |
| | | MSG-STATUS-IND | N |
| 1110 | ACCEPTANCE-TIMESTAMP | ACCEPTANCE-DATE | 0717 |
| | | ACCEPTANCE-TIME | 1449 |
| | | ACCEPTANCE-APPL-ID | FT01 |
| 1120 | OMAD | OUTPUT-CYCLE-DATE | 20170717 |
| | | OUTPUT-DESTINATION-ID | MMQFMP60 |
| | | OUTPUT-SEQUENCE-NUMBER | 001640 |
| | | OUTPUT-DATE | 0717 |
| | | OUTPUT-TIME | 1449 |
| | | OUTPUT-FRB-APPL-ID | FT01 |
| 1510 | TYPE-SUBTYPE | TYPE-CODE | 10 |
| | | SUBTYPE-CODE | 00 |
| 1520 | IMAD | INPUT-CYCLE-DATE | 20170717 |
| | | INPUT-SOURCE | B1Q8021C |
| | | INPUT-SEQUENCE-NUMBER | 028890 |
| 2000 | AMOUNT | AMOUNT | 000025000000 |
| 3100 | SENDER-DI | SENDER-DI-NUMBER | 021000089 |
| | | SENDER-SHORT-NAME | CITIBANK NA |
| 3320 | SENDER-REFERENCE | SENDER-REFERENCE | G0171984573101 |
| 3400 | RECEIVER-DI | RECEIVER-DI-NUMBER | 021030004 |
| | | RECEIVER-SHORT-NAME | TREAS NYC |
| 3600 | BUSINESS-FUNCTION | BUSINESS-FUNCTION-CODE | CTP |
| 3700 | CHARGES | CHARGE-CODE | B |
| | | CURRENCY-CODE1 | USD |
| | | SENDERS-CHARGES1 | 0,00 |
| 4200 | BENEFICIARY | BENEFICIARY-ID-CODE | D |
| | | BENEFICIARY-IDENTIFIER | 00004654 |
| | | BENEFICIARY-NAME | TREASURY NEW YORK CITY |

Department of the Treasury
This report contains Personally Identifiable Information.
v2

2

Generated: Jul 18, 2017 2:38:17 PM

# Collections Information Repository (CIR)

## Fedwire Download Report

| Code | Class | Tax Class Code | Value |
|---|---|---|---|
| 5000 | ORIGINATOR | ORIGINATOR-ID-CODE | D |
| | | ORIGINATOR-IDENTIFIER | 000037400770 |
| | | ORIGINATOR-NAME | WILMER, CUTLER PICKERIN |
| | | ORIGINATOR-ADDRESS-LINE1 | 3139 RESEARCH BLVD DAYTON OH 45 420 |
| | | ORIGINATOR-ADDRESS-LINE2 | 4019 |
| 5100 | ORIGINATOR-FI | ORIGINATOR-FI-ID-CODE | D |
| | | ORIGINATOR-FI-NAME | CITIBANK WASHINGTON |
| | | ORIGINATOR-FI-ADDRESS-LINE1 | 2000 L STREET 3RD FLOOR |
| | | ORIGINATOR-FI-ADDRESS-LINE2 | WASHINGTON DC 20036 |
| 5200 | INSTRUCTING-FI | INSTRUCTING-FI-NAME | CITIBANK N A RETAIL WIRE SETTLEMENT |
| 6000 | ORIGINATOR-TO-BENEFICIARY-INFO | ORIGINATOR-TO-BENEFICIARY-LINE1 | PAYOR: WILMERHALE, LLP. |
| | | ORIGINATOR-TO-BENEFICIARY-LINE2 | UNITED STATES V. RAMCHANDANI |
| | | ORIGINATOR-TO-BENEFICIARY-LINE3 | 07 CR. 19 RMB |
| 6400 | BENEFICIARY-INFO | BENEFICIARY-INFO-LINE1 | WILMER CUTLER PICKERING HALE |
| | | BENEFICIARY-INFO-LINE2 | AND DORR LLP AS ESCROW |

### Reported Classification(s)

| Ckey Class Name | Ckey Class Value | Tax Class Code | Credit Ind | Classification Total Amount |
|---|---|---|---|---|
| CG FEDWIRE | 800004654000 | | Y | $250,000.00 |